AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT FILED
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:04-cr-115-J-32TEM |
| | USM NUMBER: 30585-018 |

TERRANCE TYRONNE JOHNSON

Defendant's Attorney: Sylvia A. Irvin

## THE DEFENDANT:

_X_ admitted guilt to violation of charge number One (1) of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New conviction for conduct, Possession of Cocaine | October 22, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 31, 2010

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: March __31__, 2010

| | | |
|---|---|---|
| Defendant: | TERRANCE TYRONNE JOHNSON | Judgment - Page 2 of 2 |
| Case No.: | 3:04-cr-115-J-32TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS AND ONE (1) DAY**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- **Incarceration in FCI Jesup. The Bureau of Prisons should avoid designating defendant to serve his sentence in the same facility where Jerome Andrews (BOP Reg. No. 31892-018) is serving his sentence, to ensure defendant's safety while in Bureau of Prisons custody**
- **Defendant enroll in intensive substance abuse treatment program, pursuant to 18 U.S.C. § 3621 (e)**
- **Defendant participate in any available educational and vocational programs**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

 ____ at _____ a.m. p.m. on _____.

 ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 ____ before 2 p.m. on _____.

 ____ as notified by the United States Marshal.

 ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL